446 A.2d 700

Commonwealth v. Gaffney, Appellant.

Submitted March 1, 1982. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, BECK and HOFFMAN, JJ.

Judgments of sentence affirmed.

446 A.2d 700

Commonwealth v. Geiger, Appellant.

Submitted March 30, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and HESTER and JOHNSON, JJ.

Judgment of sentence affirmed.